IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSH OWEN CANTRELL,<br><br>Defendant. | CR 22-97-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, April 19, 2023 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Thursday, April 27, 2023 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **April 13, 2023.** Absent good cause shown, sentencing memoranda and supporting documents filed after April 13, 2023 will not be considered in addressing sentencing issues. Failure to

1

timely file sentencing memoranda may result in imposition of sanctions against counsel.

2. Responses to sentencing memoranda shall be filed on or before **April 20, 2023. A party is not permitted to file a response unless the party has filed an opening sentencing memorandum.**

3. Reply briefs will not be accepted for filing in sentencing matters.

4. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 4th day of April, 2023.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE