IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSH OWEN CANTRELL,<br><br>Defendant. | CR 22-97-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Thursday, April 27, 2023 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Friday, May 5, 2023 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All other deadlines outlined in the Court's Order (Doc. 25) of April 4, 2023 remain in full force and effect.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 26th day of April, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE